Thomas P. Halpin Company, appellee, v. H. L. Harris and J. A. Rodgers, trading as Harris & Rodgers, appellants. Gen. No. 26,563.

Suit begun in replevin in which plaintiff declared in trover for the value of an automobile wrongfully detained by defendants. Judgment for damages in favor of plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed June 13, 1921.

Freundlich & Froehlich, for appellants; Louis J. Delson, of counsel. Charles R. Casler, for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

Jessie H. Cook, appellee, v. Paul Korshak, trading as Illinois Pawners Society, appellant. Gen. No. 26,578.

Replevin action to recover a diamond taken without authority by plaintiff's son and pawned with defendant. Action changed to trover on refusal of defendant to give up the diamond. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles F. McKinley, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed June 13, 1921.

Leslie H. Whipp, for appellant. Goodnow, Matthews, Lucius & Buehler, for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

Nellie Brecher, administratrix of the estate of Gustave A. Brecher, deceased, appellee, v. George H. Taylor, Jr., appellant. Gen. No. 26,481.

Action for damages to plaintiff's automobile by collision with defendant's automobile. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. Roy Sesler, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed June 13, 1921.

Sabath, Stafford & Sabath, for appellant; Charles B. Stafford and Thomas M. Zasadil, Jr., of counsel. C. E. Heckler, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

A. Daigger & Company, appellant, v. Illinois Smelting & Refining Company, appellee. Gen. No. 26,491.

Action for breach of contract to sell to plaintiff a certain quantity of nitrate of soda and for return of a money deposit. Judgment for defendant on its claim of set-off. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in this court at the October term, 1920. Affirmed upon remittitur. Opinion filed June 13, 1921. Rehearing denied June 27, 1921.

Moses, Rosenthal & Kennedy, for appellant; Hamilton Moses and Robert Bachrach, of counsel. Andalman & Cohen, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

Alex Sandroff, appellee, v. Jacob Mandelovitz and Max Mandelovitz, trading as J. Mandelovitz & Son, appellants. Gen. No. 26,544.

Suit by plaintiff as indorsee of a promissory note. Judgment for plaintiff upon a directed verdict. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in this court at the October term, 1920. Affirmed with statutory damages. Opinion filed June 13, 1921.

William S. Newburger, for appellants. Lee J. Frank and Charles H. Pease, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

United Plumbing and Heating Company, appellee, v. Greenduck Company, appellant. Gen. No. 26,553.

Suit for labor and material furnished for the installation of a heating system in defendant's premises. Judgment entered for part of claim deemed admitted and suit ordered to proceed as to balance. Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed June 13, 1921.

Robert E. Gentzel, for appellant; William J. Corrigan, of counsel. Joseph Rosenberg, for appellee; Benjamin Rosenberg, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

J. McDonnell, appellant, v. S. Warman, appellee. Gen. No. 26,575.

Judgment by confession on a promissory note signed by defendant. Defendant given leave to plead and defend. Judgment on verdict for defendant. Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed June 13, 1921.

Sinden, Hassell & Osusky, for appellant. William G. Thon, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

Carl Edward Ritterby, by Malwina Ritterby, appellee, v. Chicago Railways Company, appellant. Gen. No. 26,587.

Suit on behalf of a minor by his next friend for damages for personal injuries sustained by falling with his caretaker from defendant's street car. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded. Opinion filed June 13, 1921.

Charles LeRoy Brown, for appellant; John R. Guilliams and Joseph D. Ryan, of counsel. John Hugh Lally, for appellee. Albert B. Holecek, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

George W. Varney, appellee, v. Edward Hazelhurst, appellant. Gen. No. 26,609.

Action for forcible detainer. Judgment for plaintiff for possession. Appeal from the Municipal Court of Chicago; the Hon. John A. Swanson, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed June 13, 1921. Rehearing denied June 27, 1921.

William Sherman Stahl, for appellant. Ernest R. Reichmann, for appellee; Jerome J. Sladkey, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

Walter V. Hart, appellee, v. Gerald F. Murphy, appellant. Gen. No. 26,635.

Action of forcible detainer. Judgment for plaintiff. Appeal from